Joseph L. Paskvan, Esq.
PASKVAN & RINGSTAD, P.C.
714 4TH Ave., Suite 301
Fairbanks, AK 99701
Tele: 907-452-1205
Fax 907-456-6396/email: mailbox@paskvanlaw.com
Attorney for Plaintiff

FILED

FEB 8 2007

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CYNTHIA PASKVAN, Personal )
Representative of the Estate )
of Peggy Brewer, )
              )
         Plaintiff, )
              )
    v.        )
              )
UNITED STATES OF AMERICA, )
              ) Case No.: 4:07-cv-04 RRB
         Defendant. )
_____)

**COMPLAINT**

COMES NOW the plaintiff, CYNTHIA PASKVAN, as Personal Representative of the Estate of Peggy Brewer, by and through her attorneys, PASKVAN & RINGSTAD, P.C., and for her complaint against the United States of America, states the following:

1.  Plaintiff is the Estate of Peggy Brewer, an estate lawfully opened in the Fourth Judicial District, State of Alaska, under case number 4FA-05-462 PR/E, through the Personal Representative, Cynthia Paskvan.

2. This action is commenced against the United States of America as the action arises out of conduct of an employee of the United States government under the Federal Tort Claims Act, 29 USC Section 2671-2680.

3. The United States District Court for the District of Alaska has jurisdiction of this action in accordance with 28 USC Section 1346(b).

4. The employee of the United States of America on August 22, 2005, was operating a motor vehicle in the course and scope of her employment with the United States Postal Service.

5. The United States Postal Service employee was driving a white Jeep Cherokee licensed with United States government license plate number G2910117.

6. The United States Postal Service employee involved in the August 22, 2005 incident was Gina Yurkovich, licensed to drive under Alaska driver's license number 6410270.

7. Peggy Brewer was a passenger in a vehicle driven by Leah Davis, who was driving a 1988 Lincoln sedan, Alaska license number CWX 935.

8. The United States Postal Service vehicle was Southbound on the Richardson Highway in the vicinity of Milepost 330 near Fairbanks, Alaska.

9. The United States Postal Service vehicle crossed the centerline, a double yellow line, on the Richardson Highway, a two-lane highway, in the vicinity of Milepost 330 and struck the vehicle occupied by Peggy Brewer.

10. The operation of the United States Postal Service vehicle constitutes negligent or other at-fault conduct, which includes, but is not limited to: failing to control the path of the vehicle, failing to stay in the appropriate lane, crossing the centerline in violation of the Alaska Administrative Code, and such other negligent or other at-fault conduct as may be proved at trial.

11. As a direct or proximate cause of the negligent or other at fault conduct of the employee of the United States Postal Service, a collision occurred between the United States Postal Service vehicle and the vehicle in which Peggy Brewer was a passenger.

12. The collision on August 22, 2005, caused the vehicle in which Peggy Brewer was a passenger to skid in a counter-clockwise motion, cross the Southbound lane, leave the Richardson Highway, and enter the Tanana River.

13. After entering the Tanana River, the vehicle in which Peggy Brewer was a passenger floated several hundred yards down the Tanana River before sinking in the cold and swift flowing glacier fed waters of the Tanana River.

Brewer v. United States/1232-0901/8feb2007/JLP/cmb
COMPLAINT, Page 3 of 6

14. Peggy Brewer died as a result of drowning, which drowning occurred as a result of the collision which occurred as a result of the negligent of other at-fault conduct of the employee of the United States of America.

15. Under circumstances such as this motor vehicle collision, the United States of America is liable in the same manner and to the same extent as an individual would be liable, as provided by Alaska law.

16. By claims submitted June 6, 2006, appropriate claims were submitted to the appropriate federal agency under the Federal Tort Claims Act.

17. On January 24, 2007, the claims were rejected by the appropriate federal agency and such rejection is considered by plaintiff as a final denial of claim under 28 USC Section 2675(a). See, also, 28 USC Section 2401(b) and 39 CFR 912.9(a). See Exhibits 1, 2 and 3 hereto.

18. This action has been lawfully filed against the United States of America.

19. This action was timely commenced within six months of the agency denial.

20. The claims which have been submitted by and through the Estate include claims under AS 09.55.570 (Alaska's survival statute) and AS 09.55.580 (Alaska's wrongful death statute).

21. Plaintiff is entitled to recover damages for all survival causes of action held by Peggy Brewer, including but not limited to damages for pain, fear, anxiety, knowledge of impending death by drowning, distress, suffering, mental anguish as to the impending death of the other occupant in the vehicle, and such further damages as may be proved at trial.

22. All causes of action of Peggy Brewer survive to the Personal Representative of the Estate of Peggy Brewer, and such Personal Representative may maintain this action under Alaska's survival statute.

23. Plaintiff, as the Personal Representative of the Estate of Peggy Brewer, is entitled to maintain an action for wrongful death to recover damages for all acts or omissions of another which caused the wrongful death of Peggy Brewer, and is entitled under the law to fair and just damages for the benefit of the statutory dependents of Peggy Brewer, namely: Lonnie Vann and Andra McKeown.

WHEREFORE, Cynthia Paskvan, the Personal Representative of the Estate of Peggy Brewer, prays for a judgment in favor of the Estate of Peggy Brewer and against the United States of America in an amount declared in the administrative claim, plus interest, attorney's fees and costs as may

lawfully be imposed or such other and further judgment as may be just and fair.

PASKVAN & RINGSTAD, P.C.
Attorneys for Plaintiff

DATED: 2/8/2007

By: _____
Joseph L. Paskvan
714 4th Ave., Suite 301
Fairbanks, AK 99701
Tele: 907-452-1205
Fax: 907-456-6396
email:mailbox@paskvanlaw.com
ABA #8111119



Brewer v. United States/1232-0901/8feb2007/JLP/cmb
COMPLAINT, Page 6 of 6