IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CYNTHIA PASKVAN, Personal Representative of the Estate of Peggy Brewer,<br><br>             Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 4:07-cv-00004-RRB<br><br>**ORDER TO DISMISS WITH PREJUDICE** |
|---|---|

The Court having considered the parties' Stipulation to Dismiss with Prejudice, hereby ORDERS that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

12/12/08
Date

Ralph R. Beistline
United States District Court Judge